## LYON *against* BURTIS.

**A.** BURR, for the plaintiff, having given notice of a motion for that purpose, moved to vacate the order or certificate of probable cause, of BETTS, C. Judge, who tried the cause staying proceedings, for the purpose of enabling the defendant to move for a new trial.

*S. Jones* read an affidavit showing that the case had been settled by the Judge, and once noticed for argument; and contended that it could not be heard till it was reached in course on the calendar; but

*The Court* said they would hear the motion; and this was the practice, whether the appeal was from a Circuit Judge *refusing* or *granting* an order.

*Jones* then proposed to argue the cause; but

*Per Curiam.* We will listen to such points as you choose to suggest, either at the bar or in writing; but we do not hear the cause argued at this stage of it. We look into it merely to see whether there be probable cause to stay the proceedings.

The case was accordingly submitted.